AO 455 (Rev. 5/85) Waiver of Indictment

FILED
FEB 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-005

I, _Latrice Brown_, the above named defendant, who is accused of

_Access Device Fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _February 8, 2007_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Latrice Brown_
Defendant

_Rita Bosworth_
Counsel for Defendant

Before _[signature]_