UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :
:
v.  :  CR07-005
:  18 U.S.C. § 1029(a)(5)
:  (Access Device Fraud)
:  18 U.S.C. 982(a)(2)(B)
:  (Criminal Forfeiture)
LATRICE BROWN,  :
:
Defendant.  :

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant LATRICE BROWN agrees and stipulates as follows:

From in or about August 2005 until in or about April 2006, the defendant LATRICE BROWN executed a scheme to wrongfully obtain, steal, or stole or obtained without authority or right credit cards issued to Candice N. Charles a District of Columbia resident as part of her scheme to defraud Ms. Charles, various credit card companies and merchants. The credit cards issued to Ms. Charles and stolen or obtained without authority or permission were issued by the following credit card companies: Circuit City; Chase Bank Master Card; Discover; Express; Lane Bryant; Victoria Secret; NY & Co, Macys; Old Navy; Sears; Citibank Master Card;and Visa, and Target VISA.

Beginning on or about August 11, 2005, the defendant BROWN did effect transactions with one or more access devices including but not limited to the use of a Master Card # xxxx xxxx xxxx 2423 and a Chase Bank Card # xxxx xxxx xxxx 3070 both issued to another person Candice Charles to receive goods and services during a 1-year period in the District of Columbia and elsewhere for herself, the aggregate value of which is greater than $1,000.

On or about August 11, 2005, each without the authority of Ms. Charles, the defendant BROWN used a Master Card xxxx xxxx xxxx 2423 issued to Ms. Charles at a Chevron Gas Station located in the District of Columbia. The defendant BROWN used that same credit card at Gap and Shoe City stores on the same date. On or about August 13, 2005, the defendant BROWN used a Visa xxxx xxxx xxxx 9986 issued to Ms. Charles at a Wendy's Restaurant, Chevron Gas Station, and Dennys Restaurant all located in the District.

On or about March 25, 2006, the defendant BROWN made several purchases at a Circuit City electronics store located in Pentagon City Mall, Arlington, Virginia using Ms. Charles' Circuit City credit card which the defendant BROWN obtained in the District. The defendant BROWN went as far as reactivating Ms. Charles' credit card because Ms. Charles had cancelled the credit card once she had learned it had been stolen. On or about April 9, 2006, the defendant BROWN used a Chase Bank card xxxx xxxx xxxx 3070 at a Circuit City electronics store and purchased a 36 inch Sony television, a camcorder and related equipment, a portable PSP, games, music, a cordless phone, DVDs, CD Player and other items from Circuit City totaling more than $1,000. On or about June 21, 2006, special agents from the United States Secret Service (USSS) obtained and executed a search warrant to search and seize evidence and fruits of crimes from defendant BROWN's residence. The aforementioned and other electronic devices were recovered by USSS agents during the execution of a search warrant of the defendant BROWN's residence located at 3685 Jay Street, N.E., apartment 101, on June 21, 1006. USSS agents also retrieved receipts containing Candice Charles' forged signature and stolen credit card numbers issued to Ms. Charles. USSS agents also retrieved credit cards issued to Ms. Charles from the defendant BROWN's apartment.

The actual loss to credit card companies and merchants in the aforementioned paragraphs totaled about $12,000 with an additional intended loss of $3,000 (charges that were denied).

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 2/8/07                              *Latrice Brown*
                                          Latrice Brown
                                          Defendant


I have discussed this Statement of Offense with my client, Ms. Brown. I concur with his decision to stipulate to this Statement of Offense.


Date: 2/8/07                              *Rita Bosworth*
                                          Rita Bosworth
                                          Attorney for the Defendant