

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-005-01</u> |
| vs. | : | SSN: _____ |
| BROWN, Latrice | : | Disclosure Date: <u>April 3, 2007</u> |

**FILED**
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____  4-17-2007
Prosecuting Attorney            Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Latrice Brown  5-11-07        Rita Bosworth  4/20/07
Defendant      Date           Defense Counsel  Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 17, 2007</u>, to U.S. Probation Officer <u>Kelli Cave</u>, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Chief
     United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

April 20, 2007

Kelli Cave
United States Probation Officer
United States District Court
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re: **United States v. Latrice Brown**
**Criminal Number 07-05-01**

Dear Ms. Cave:

Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case, dated April 4, 2007:

## Objections and Comments

1. Page 3, Paragraph 3: Pursuant to the plea agreement, Ms. Brown agreed to forfeit only the property listed in the forfeiture order, not all property seized during execution of the warrant.

2. Page 4, Paragraph 10: Ms. Brown submits that none of the Nextel charges are attributable to her, and the total restitution amount is therefore $11,859.66. Undersigned counsel and Assistant United States Attorney Angela Hart-Edwards discussed this prior to entering into the plea agreement.

3. Page 15, Paragraph 84: Ms. Brown objects to $495.18 worth of charges on the first listed Visa card with final digits 9986, she objects to all $130.67 worth of charges on the second listed Discover card with final digits 6923, and she objects to all $392.47 worth of charges on the third listed Discover card with final digits 5000. These are all Nextel charges which Ms. Brown did not incur. The total loss amount should therefore be $11,859.66.

Thank you for your consideration of these matters. Please feel free to call me if there are any details which we need to discuss.

Ms. Brown has not yet had an opportunity to review the report, and she reserves her right to bring any further inaccuracies to the attention of the Court if they exist.

Very truly yours,

*Rita Bosworth*

Rita Bosworth
Assistant Federal Public Defender
(202) 208-7528 ext. 105

cc: Angela Hart-Edwards
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC 20001