HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

BROWN, Latrice                    Docket No.: 07-CR-005-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **BROWN, Latrice** having been sentenced, on May 17, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FMC Carswell__, in __Fort Worth, TX__ by 2 p.m., on __July 12, 2007__.

6/22/07
Date

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004